

**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18ᵗʰ St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

February 2, 2021

**VIA ECF**
The Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:     *Bishop v. CWI, Inc.,*
        Case No.: 1:20-cv-10603

Dear Judge Stein,

The undersigned represents Cedric Bishop, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, CWI, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for February 8, 2021 at 11:00 AM (Dkt. 6) be adjourned for 60 days because Counsel for the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Jeffrey M. Gottlieb, Esq.*
Jeffrey M. Gottlieb, Esq.

The conference is adjourned to April 8, 2021, at 10:00 a.m.

Dated: New York, New York
        February 3, 2021

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.